UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

     -against-

LAQUAVIOUS BOYKIN,                     7:16-cr-00361-cs
                Defendant.

-------------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record. The Report and Recommendation of

the Honorable Lisa M. Smith , United States Magistrate Judge, dated June 23, 2017, is approved

and accepted.

    The Clerk of the Court is directed to enter the plea.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/17

                         SO ORDERED.

Dated: White Plains, New York
       June 26, 2017

_____
            Cathy Seibel
        United States District Judge