UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                                          NOTICE RE: CHANGE OF
                                                                            TIME OF HEARING

            -against-

                                                                              7:16-CR-00361 (CS) (7)

Laquavious Boykin,
                                     Defendant(s).
-----------------------------------------------------------X

The Violation of Supervised Release hearing previously scheduled before this Court for **June 6, 2022 at 11:30 a.m.** will be held at **12:15 p.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                               /s/ Walter Clark, Courtroom Deputy

Dated:   May 2, 2022
            White Plains, New York