**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

May 31, 2022

*A conference regarding Mr. Boykin's request will be held on 6/13/22 at 10 am. This conference will also cover No. 21mj11258. The Government should arrange for the duty CJA lawyer to be present (or if that lawyer is conflicted, the next available non-conflicted Panel member). The Clerk shall docket this endorsement in both 16cr361 and 21mj11258.*

**Via ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

**Re:** United States v. Laquavious Boykin
7:16-cr-361 (CS)

5/31/22

Dear Judge Seibel:

    I am writing to advise the Court that Mr. Laquavious Boykin, the above-named defendant, has asked the undersigned, appointed counsel, to have Your Honor appoint new counsel to represent him. The defendant has indicated that he will no longer communicate with the undersigned.

    Therefore, the undersigned respectfully moves that the Court schedule a conference to address Mr. Boykin's request.

                              Respectfully submitted

                                __/s/ *Bruce D. Koffsky*__
                                Bruce D. Koffsky

BDK/me
cc:    Jennifer Ong, Esq.
        Nicholas Bradley, Esq.