UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Laquavious Boykin,**
          Defendants.
-----------------------------------------------------------x

**SCHEDULING ORDER**

7-16-cr-00361-7-PMH

The Court scheduled Sentencing on the V.O.S.R on <u>May 12, 2023 at 9:30 a.m.</u> in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time

Dated: May 4, 2023,

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J